Amended Document Notice of Removal
4:22-cv-04467

United States Courts
Southern District of Texas
FILED

JAN 30 2023

Nathan Ochsner, Clerk of Court

**USSEC Tracer Flag**

**OFFICIAL NATIVE SOVEREIGN NATION DOCUMENT:** **MANDATORY ACCEPTANCE;** **USC TITLE 28 sec.1746;** NOTICE OF REMOVAL, ET AL, SUBJ: **CASE NO. 22-JEVI-00814**

**NOTICE OF REMOVAL, IMMUNITY, AND ESTOPPEL** PURSUANT TO ACTION IN UNITED STATES COURT precluding all actions by inferior courts and Law Enforcement agencies, et al. **ALL** violations of estoppel pursued at **$300,000.00** USD per violation + per day until cured, pursuant to fee schedule already on Texas Federal Court File Case# 4:19-mc-01824

**TO:** STATE OF TEXAS, FORT BEND COUNTY SHERIFF ERIC FAGAN, FORT BEND COUNTY SHERIFF'S OFFICE, FORT BEND COUNTY JUSTICE OF PEACE PCT 3 COURT, THE FORT BEND COUNTY PROSECUTOR, JUDGE JUSTIN M. JOYCE, FORT BEND COUNTY PRECINCT 3 CONSTABLE'S OFFICE, CONSTABLE NABIL SHIKE; ALL FEDERAL, STATE, COUNTY, LOCAL, MUNICIPAL, AND CORPORATE LAW ENFORCEMENT AND BAIL AGENCIES, ET AL: by Certified USPS Mail #_____, UCC filing, and Public Posting. Personal Notice pursuant to FEDERAL CASE 4:22-cv-04467 (simple declaration of invoked protection) is also applicable.

**NOTICE:** YOU ARE BARRED/PRECLUDED/ESTOPPED FROM ALL ACTIONS, EVICTIONS FROM APARTMENT 653 SUMMER PARK DR, STAFFORD, FT. BEND COUNTY, TEXAS 77477 against DeKarla Fuller, or her Life, liberty and properties BY **UNITED STATES FEDERAL COURT CASE 4:22-cv-04467;** in support.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

**RE:** FEDERAL COURT CASE # 4:22-cv-04467 ESTOPS AND PRECLUDES ANY AND ALL PROCEEDINGS, ACTIONS, INVESTIGATIONS, TAXATIONS, SEARCHES, SEIZURES, DETENTIONS, WARRANTS, ET AL, PERTAINING TO AFF: **DEKARLA FULLER** or her property PURSUANT TO UNITED STATES SOUTHERN DISTRICT OF TEXAS CASE 4:22-CV-04467. STATUS OF ONGOING LITIGATION THAT HAS BEEN APPEALED AND SUIT FILED IN FEDERAL COURT STANDING SUPERIORLY IN UNITED STATES COURT PRECLUDING ANY PROCEEDING, ACTON, WARRANT ISSUANCE, ET AL, BY THE JUDGE/S, OFFICER/S, AND/OR PRINCIPAL/S BEING NOTIFIED.

@ SOUTHERN DISTRICT OF TEXAS FEDERAL CASE 4:22-CV-04467 AND **ESTOPPEL STANDING ATTACHED.**

**SEND ALL REPLIES TO:** 653 SUMMER PARK DR., SUMMER PARK DR., STAFFORD, TX 77477 **IN CARE OF:** DEAKRLA FULLER; OR AUTHORIZED AGENT OF: DEKARLA FULLER

Day of issue: 12/22/22

File No. 122322-1

DM No. 121



_____, EN PROPRIA PERSONA, SOLO PROPRIO
All Signatures Signed on This Document Only in the Correct Public
Capacity of the Original Treaty Trust Jurisdiction Series 244-1/2

THIS NOTICE DOES NOT EXPIRE PURSUANT TO FRE 902. Issued by Al Aniyunwiya Nation – NSN

@ SOUTHERN DISTRICT OF TEXAS FEDERAL CASE 4:19-mc-01824/ CLASS A-1 IMMUNITY STANDING ATTACHED. Also see: COOK COUNTY ILLINOIS RECORDER OF DEEDS BOOK 521 PAGE 579 DOC# SS 10105905 TORRENS TITLE REGISTERED AFFIDAVIT OF RELIGIOUS SOCIETY ORGANIZATION FILED AUGUST 1ST 1928 @2:52PM and attached legislation COUNTY OF MONROE STATE OF ALABAMA REGISTER OF DEEDS instrument# 87103 BOOK 874 PAGE 351 FILED OCTOBER 15TH 2019 @03:52:27 PM;; Challenge of Jurisdiction Oakland County Chief Justice Kathleen Ryan, status:defaulted, report 06/28/2018 14:08 serial no. A1VE011008603 TC#:507950; STATE OF TEXAS DEPARTMENT OF STATE UCC FILING # 19-0031472784; CHEROKEE V NASH CASE #13-01313-TFH Ruling in Favor of Cherokee Freemen; Library of Congress Doc# AA-2.22.141-A1, Treaty Series 244-1 & 2, and UNITED STATES DEPARTMENT OF DEFENSE DOD FILE # 1-17

1 OF 3

---

MOORISH DIVINE MOVEMENT of 1916 a.d./M.S.T.A.1928 Grand Major Temple II -
(dBA) AULCOARAH PRIVATE SOCIETY of MU'URS & MOORS
on AMERICA/AL MOROCCO/AL MAURIKANUS ®™© - Subordinate Temple #1,

THE AL ANIYUNWIYA NATION ROYAL FAMILY CONSUL®™©:AANMR
AN ORGANIC AMERICAN STATE OF INDIGENOUS DOMICILE: TREATY SERIES 244-1 AND 2

BY AUTHORITY OF ALLAH AND THE MOSAIC AND KORANIC LAW VESTED IN THE HOLY ROYAL FAMILY OF AANMR, No notary public needed whereas Royal Autograph is of Higher Affirmation and Authentication, and no color of law may be imposed on Al Moroccan/American/'Murican/Moroccan Royalty or any Moor/Moslem.

M.C.Y. Junada I 29 1444    ccy 12/23/22    time 12:00pm
AUTOGRAPH:

_____
ROYAL CONSUL DIVINE MINISTER EL PHAROAH EL AMER XIV



NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL 2

Verification of personal delivery

This signature by authorized agent of
_____

Only constitutes in law verification that the Consul or Courier has delivered an exact and true original copy of A NOTICE OF REMOVAL, IMMUNITY, AND ESTOPPEL pursuant to federal case 4:22-cV-04467 in Southern District of Texas on _____
to_____
Pursuant to pending Federal action, And nothing further.

_____
Signature of Authorized Agent

If by mail please disregard verification of personal delivery
U.S. Marshall service non-applicable/non-requested by Moor

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:22-cv-04467
### Internal Use Only

Fuller v. Waterstone Place LLC
Assigned to: Judge George C Hanks, Jr
Cause: 28:1345 Property Damage

Date Filed: 12/23/2022
Jury Demand: None
Nature of Suit: 230 Rent Lease & Ejectment
Jurisdiction: Federal Question

**Plaintiff**

DeKarla Fuller     represented by    DeKarla Fuller
653 Summer Park Dr
Houston, TX 77477
281-798-5800
PRO SE

V.

**Defendant**

Waterstone Place LLC

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2022 | 1 | COMPLAINT against Waterstone Place LLC filed by DeKarla Fuller. (RhondaMooreKonieczny, 4) (Entered: 12/23/2022) |

*** COVID-19 MODIFIED EVICTION CITATION***



**Judge Justin M. Joyce**
**Justice of the Peace, Pct 3**
**Fort Bend County, Texas**

Delivered this 22 day of 11 20 22
at 10:24 o'clock A m
Nabil Shike, Constable, Pct. 3
Fort Bend County, Texas

V. TRAN 1316
Deputy

Case No. 22-JEV31-00814

WATERSTONE PLACE
VS
DEKARLA FULLER and All Occupants

§ THE JUSTICE COURT
§ Justice of the Peace, Pct 3
§ FORT BEND COUNTY, TEXAS

Defendant, in the hereinafter-styled and numbered cause. **YOU HAVE BEEN SUED.** You may employ an attorney to help you in defending against this suit but you are not required to employ an attorney. **YOU ARE HEREBY COMMANDED TO APPEAR FOR A VIDEO CONFERENCE TRIAL (pursuant to the COVID-19 Standing Order) before Judge Justin M. Joyce, Justice of the Peace, Pct 3 of Fort Bend County on:**

**12/15/2022 at 9:00 AM**

Join Cisco Webex video conference at url: https://fortbendcountytx.Webex.com/meet/JP3Courtroom
(Case sensitive. See attached Video Conference instructions.)

Then and there to answer to the complaint of **WATERSTONE PLACE**, on the docket of the court in an action of forcible detainer of and concerning the following described property and premises, as per Plaintiff's attached petition, to wit:

**653 SUMMER PARK DRIVE APT 653**
**STAFFORD TX 77477**

The officer executing this writ shall promptly serve the same according to requirements of law and the mandates hereof, and make due return as the law directs. Upon timely request and payment of $22.00 jury fee no later than three (3) days before the appearance date stated above, the matter shall be heard by a jury.

For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

**FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU FOR RELIEF DEMANDED IN THE PETITION.**

NOTICE: This suit to evict involves immediate deadlines. A tenant who is serving on active military duty may have special rights or relief related to this suit under federal law, including the Service members' Civil Relief Act (50 U.S.C. APP. Section 501 et seq.), or state law, including Section 92.017, Texas Property Code. Call the State Bar of Texas toll-free at 1-877-9TEXBAR if you need help locating an attorney. If you cannot afford to hire an attorney, you may be eligible for free or low-cost legal assistance.

**DEMANDA DE DESAHUCIO (DESALOJO).**

AVISO: Esta demanda de desahucio tiene fechas límites que entran en vigor de inmediato. El arrendatario (inquilino) que esté desempeñando sus funciones en el servicio militar puede tener derechos especiales o protección en conexión con esta demanda conforme a las leyes federales, incluída la ley de protección para miembros de las fuerzas armadas (sección 501 y siguientes del apéndice del cap. 50 del código de los estados unidos) o conforme a las leyes estatales, incluída la sección 92.017 del código de propiedad de Texas. Para asistencia enlocalizar a abogado comuníquese a la asociación de abogados de texas al numero gratuito 1-877-9texbar en caso de no poder pagar un abogado. Tal vez califique para asistencia legal gratuita o bajo-costo.

**SERVICE COPY**

## TEXAS EVICTION DIVERSION PROGRAM

If you and your landlord agree to participate in the Texas Eviction Diversion Program, you may be able to have up to 6 months of the rent you owe paid and stop your eviction. At your trial, the court will notify you about the Program and ask if you are interested in participating. Find out more about the Program in the attached brochure, titled State of Texas Eviction Diversion Program, and at www.txcourts.gov/eviction-diversion/; and at https://texaslawhelp.org/article/texas-eviction-diversion-program. You may also call Texas Legal Services Center for assistance at 855-270-7655.

## PROGRAMA DE DESVÍO DE DESALOJO DE TEXAS

Si usted y el propietario están de acuerdo en participar en el Programa de Desvío de Desalojo del Estado de Texas, podrá ser elegible para recibir asistencia de hasta seis meses de pagos vencidos de su alquiler y detener su desalojo. En su audiencia de desalojo, el juez le dará información sobre este programa y le preguntará si desea participar en él. Encontrará más información sobre el programa en el folleto adjunto titulado Programa de Desvío de Desalojo del Estado de Texas. Puede visitar los siguientes enlaces para más información   www.txcourts.gov/eviction-diversion o https://texaslawhelp.org/article/texas-eviction-diversion-program, o llamar al Centro de Servicios Legales de Texas *(en inglés, Texas Legal Services Center)* por teléfono al 855-270-7655.

Issued and given under my hand, 11/21/2022.

Judge Justin M. Joyce
Justice of the Peace, Pct 3
Fort Bend County, Texas
By: _____
Megan McCall, Deputy Justice Court

**Plaintiff's Address**
WATERSTONE PLACE
6300 LA CALMA DR STE 150
AUSTIN TX 78752

**Plaintiff's Attorney**
No Known Address

| Docket No. _____ (For court use only) | | |
|---|---|---|
| | Case No. _____ | |
| Plaintiff **Waterstone Place** | § | In the Justice Court |
| (landlord's name as stated in oral or written lease) | | |
| v. | § | Precinct __3__ Place _____ |
| Defendant(s) **Dekarla Fuller** | § | County of **FORT BEND**, Texas |
| (list all tenants) | | |

STATE OF TEXAS
COUNTY OF **FORT BEND (PRECINCT 3)**

### AFFIDAVIT OF MILITARY STATUS OF DEFENDANT(S)

Before me the undersigned notary or clerk of the justice court, on this day personally appeared the undersigned affiant whose identity is known to me. After I administered an oath to such affiant, he or she upon oath and under penalty of perjury (fine and/or up to one year in jail), stated the following:

My name is *[please print]* **Dana Castelvecchi**

I am *[check one]* ☐ the plaintiff or ☒ an authorized agent of the plaintiff in the case described at the top right of this page. I am capable of making this affidavit. The facts stated in the affidavit are within my personal knowledge and are true and correct.

*[check or fill in as applicable]*

☒ 1. No defendant in this case is on active duty in the U.S. military (Army, Navy, Air Force, Marines, or Coast Guard). The facts on which I base my conclusion are as follows: _____

**A search of the D.O.D.'s website returned this information.**

☐ 2. Defendant *[insert name(s)]* _____ is on active duty in the U.S. military.

☐ 3. Defendant *[insert name(s)]* _____ has been deployed by the U.S. military to a foreign country.

☐ 4. Plaintiff and the undersigned (if the undersigned is acting as an agent of plaintiff) are not able to determine whether any defendant is with the U.S. military—except for any defendant named in paragraph 2 above.

☐ 5. Plaintiff and the undersigned (if the undersigned is acting as an agent of plaintiff) are not able to determine whether any defendant who is in the U.S. military has been deployed to a foreign country—except for any defendant named in paragraph 3 above.

☐ 6. Defendant *[insert name(s)]* _____ has signed, while on active duty, a separate, limited written waiver or a written lease containing a limited waiver of his or her rights under the U.S. Servicemembers Civil Relief Act of 2003.

_____
Signature of affiant

SWORN TO and SUBSCRIBED before me by **Dana Castelvecchi** on _____, 20____

**KELLYN KARKOS**
Notary Public, State of Texas
Comm. Expires 11-12-2023
Notary ID 130439015

*[check one]*
☒ Notary Public for the State of Texas or
☐ Clerk of the Justice Court

Electronically Filed
11/21/2022 12:00 AM
Joyce, Justin M
Justice of the Peace, Pct 3
Fort Bend County, Texas

## ORIGINAL PETITION EVICTION CASE

Case No. 22-JEV31-00814

Waterstone Place
_____
**Plaintiff**

Vs
Dekarla Fuller
And All Other Occupants
**Defendant** (First Name, Last Name)

☒ and All Occupants
(check if suit includes all occupants)
☒ **With suit for Rent**

JUSTICE OF THE PEACE

PRECINCT THREE

FORT BEND COUNTY, TEXAS

Rental Subsidy (if any) $_____   Tenant's Portion $ 1,625.00   TOTAL MONTHLY RENT $ 1,625.00

**COMPLAINT:** Plaintiff (Landlord) hereby complains of the Defendant(s) named above for eviction of Plaintiff's premises (including storerooms and parking areas) located in the above precinct. Address of the property is:

Premises is or is not subject to CARES Act (please circle one)
Tenant provided Declaration yes or no (please circle one)

| 653 Summer Park Dr | Apt 653 | STAFFORD | TX | 77477 |
|---|---|---|---|---|
| **Street Address** | **Unit No.** | **City** | **State** | **Zip** |

**DEFENDANT(S) INFORMATION** (if known): Defendant's phone #: 281-798-5800

### 1-4 Must Be Answered

1. **SERVICE OF CITATION:** Service is requested on Defendant(s) by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the Defendant(s) may be served are:
N/A
Plaintiff does not know of any other work or home address for Defendant in the county where the premises are located.

2. a. ☒ **UNPAID RENT AS GROUNDS FOR EVICTION:** Defendant(s) failed to pay rent for the following time period(s):
08/2022 - 11/2022   . TOTAL DELINQUENT RENT AS OF DATE OF FILING IS: $_____
Plaintiff reserves the right to orally amend the amount at trial to include rent due from the date of filing through the date of trial.
   b. ☐ **OTHER GROUNDS FOR EVICTION/LEASE VIOLATIONS:** Lease Violations (if other than non-paid rent – list lease violations)

   c. ☐ **HOLDOVER AS GROUNDS FOR EVICTION:** Defendant(s) are unlawfully holding over since they failed to vacate at the end of the rental term or renewal of extension period, which was the _____ day of _____, 20___.

3. **NOTICE TO VACATE:** Plaintiff has given Defendant(s) a written notice to vacate (according to Chapter 24.005 of the Texas Property Code) and demand for possession. Such notice was delivered on the **04** day of **11**, 20**22** and delivered by this method:
Posted inside door

4. **ATTORNEY'S FEES:** Plaintiff ☐ will be or ☒ will NOT be seeking applicable attorney's fees. Attorney's name, address, and phone & fax numbers are:_____

**REQUEST FOR JUDGMENT:** Plaintiff prays that Defendant(s) be served with citation and that Plaintiff have judgment against Defendant(s) for: possession of premises, including removal of Defendants and Defendants' possessions from the premises, unpaid rent IF set forth above, attorney's fees, court costs, and interest on the above sums at the rate stated in the rental contract, or if not so stated, at the statutory rate for judgments under Civil Statutes Article 5069-1.05.

| Dana Castelvecchi | (713)352-3162 | Dana Castelvecchi (signature) |
|---|---|---|
| Printed Name of Plaintiff / Agent / Attorney | Phone Number | Signature of Plaintiff / Agent /Attorney (circle one) |

6300 La Calma Dr, Ste 150, Austin, TX 78752
**Address**                                   Plaintiff Address if different

Sworn to and subscribed before me this **10** day of **11**, 20**22**

KELLYN KARKOS
Notary Public, State of Texas
Comm. Expires 11-12-2023
Notary ID 130439015

CLERK OF THE JUSTICE COURT OR NOTARY

JP Evict Petn. Rev. 07/2020