UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

DeKarla Fuller

v.                                                          Case Number: 4:22–cv–04467

Waterstone Place LLC

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646–828–7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/10/2023

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Pre–Motion Conference

RE: Request for Pre–Motion Conference – #11

Date:   March 7, 2023                                        Nathan Ochsner, Clerk