# EXHIBIT A

# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802954328 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | March 6, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32066443386 | **FEIN:** | |
| **Name:** | Waterstone Place, LLC | | |
| **Address:** | 8901 Gaylord Drive, Suite 100 Houston, TX 77024 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | February 26, 2018 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| March 6, 2018 | Nitya AM, LLC | | Manager | | 8901 Gaylord Drive, Suite 100 Houston, TX 77024 USA | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT B

# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802774737 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 24, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32064397451 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Nitya AM, LLC | | |
| **Address:** | 8901 GAYLORD DR STE 100<br>HOUSTON, TX 77024 USA | | |

[REGISTERED AGENT](#)  [FILING HISTORY](#)  [NAMES](#)  [MANAGEMENT](#)  [ASSUMED NAMES](#)  [ASSOCIATED ENTITIES](#)  [INITIAL ADDRESS](#)

| Last Update | Name | Title | Address |
|---|---|---|---|
| March 20, 2019 | SWAPNIL AGARWAL | MANAGER | 8901 GAYLORD ST SUITE 100<br>HOUSTON, TX 77024 USA |
| March 20, 2019 | SWAPNIL AGARWAL | DIRECTOR | 8901 GAYLORD ST SUITE 100<br>HOUSTON, TX 77024 USA |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.