United States District Court
Southern District of Texas
**ENTERED**
April 10, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DEKARLA FULLER, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22-CV-04467 |
| | § | |
| WATERSTONE PLACE LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 13, 2023, this case was referred to United States Magistrate Judge Andrew M. Edison for the disposition of all dispositive and non-dispositive pretrial matters under 28 U.S.C. § 636(b)(1)(A)–(B). *See* Dkt. 18. Judge Edison filed a Memorandum and Recommendation on March 13, 2023, recommending that the case be dismissed for lack of subject matter jurisdiction. *See* Dkt. 19.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 19) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) This case be dismissed without prejudice.

It is so **ORDERED**.

SIGNED and ENTERED this 10th day of April 2023.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE